UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC, <br><br>        Plaintiffs, <br><br> -v.- <br><br> GEM GLOBAL YIELD LLC SCS, GEM YIELD BAHAMAS LIMITED, and CHRISTOPHER BROWN, <br><br>        Defendants. <br><br> GEM YIELD BAHAMAS LIMITED and GEM GLOBAL YIELD LLC SCS, <br><br>        Petitioners, <br><br> -v.- <br><br> MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC., <br><br>        Respondents. | 23 Civ. 11268 (KPF) <br><br> **ORDER** <br><br> 24 Civ. 01120 (KPF) |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of Petitioners GEM Global Yield LLC SCS and GEM Yield Bahamas Limited letter requesting clarification of the Court's March 1, 2024 Order.  (Dkt. #42 (No. 24 Civ. 1120)).  Considering the several pending issues in both of the above captions matters, the Court hereby STAYS all briefing pending a conference with the Court.  The parties are ORDERED to appear for a conference to discuss these issues on **March 21, 2024**, at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to file this Order in docket number 23 Civ. 11268 and 24 Civ. 1120.

SO ORDERED.

Dated:   March 5, 2024

                                                KATHERINE POLK FAILLA
                                                United States District Judge