UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> GEM GLOBAL YIELD LLC SCS, GEM YIELD BAHAMAS LIMITED, and CHRISTOPHER BROWN, <br><br> Defendants. | Case No. 1:23-cv-11268-KPF <br><br> Related Case 1:24-cv-01120-KPF <br><br> Hon. Katherine Polk Failla |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Defendants GEM Global Yield LLC SCS, GEM Yield Bahamas Limited, and Christopher Brown incorporate by reference the following documents filed by Petitioners GEM Global Yield LLC SCS and GEM Yield Bahamas Limited on this date in the Related Case (1:24-cv-01120-KPF): (1) Letter Request to File Documents Under Seal, (2) Petitioners' Brief in Further Support of Application to Confirm and Enter Judgment on Interim Measures Arbitration Award and Request to Stay Related Action, and (3) Supplemental Declaration of Jonathan A. Patchen, which attaches Exhibits 1-9.  Rather than file these same documents in this action, Defendants are filing this notice and certify that the above-identified documents were provided to counsel for Plaintiffs in this action via email as indicated below.

**THE BASILE LAW FIRM, P.C.**
Waleed Amer
Alyssa Feldman
Joseph Frank Rose
Mark R. Basile
390 N. Broadway, Ste 140
Jericho, NY 11743
waleed@thebasilelawfirm.com
alyssa@thebasilelawfirm.com

- 2 -

joe@thebasilelawfirm.com
mark@thebasilelawfirm.com

Dated: March 29, 2024

                                       WILLKIE FARR & GALLAGHER LLP

                                       */s/ Jonathan A. Patchen*
                                       Jonathan A. Patchen (admitted pro hac vice)
                                       333 Bush Street
                                       San Francisco, California  94104
                                       (415) 858-7594
                                       (415) 858-7418
                                       jpatchen@willkie.com

                                       *Attorney for Defendants*