UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MULLEN TECHNOLOGIES, INC. and MULLEN AUTOMOTIVE, INC,

                Plaintiffs,

-v.-

GEM GLOBAL YIELD LLC SCS, GEM YIELD BAHAMAS LIMITED, and CHRISTOPHER BROWN,

                Defendants.

23 Civ. 11268 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    Earlier today, in a related action (No. 24 Civ. 1120), the Court issued a Sealed Opinion and Order resolving the parties' cross-motions for summary judgment concerning the Partial Final Award and the Final Award. (*See* No. 24 Civ. 1120, Dkt. #141 (sealed opinion), 142 (public order regarding same)). Furthermore, in this action and in the related action, the Court entered an Order under seal setting the amount of a retaining lien and a charging lien for Defendants' prior counsel. (*See* Dkt. #67; No. 24 Civ. 1120, Dkt. #143).

    Following on these Orders in both actions, the parties are hereby ORDERED to file a joint letter regarding their proposed next steps in this action, on or before **March 6, 2025**.

    SO ORDERED.

Dated:  February 6, 2025
          New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge