UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN TECHNOLOGIES, INC., and<br>MULLEN AUTOMOTIVE, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>GEM GLOBAL YIELD LLC SCS,<br>GEM YIELD BAHAMAS LIMITED, and<br>CHRISTOPHER F. BROWN,<br><br>*Defendants.* | Case No. 1:23-cv-11268-KPF<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL PURSUANT TO<br>FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiffs Mullen Technologies, Inc. and Mullen Automotive, Inc. and their counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants GEM Global Yield LLC SCS, GEM Yield Bahamas Limited and Christopher F. Brown. Defendants have not filed an answer or motion for summary judgment.

Dated: April 9, 2025

Respectfully submitted,

THE BASILE LAW FIRM, P.C.

_____
Mark R. Basile

_____
Waleed Amer

_____
Joseph D. Rose

_____
Alyssa Feldman

2

390 N. Broadway, Suite 140
Jericho, NY 11753
Tel.:    (516) 455-1500
Fax:    (631) 498-0748
Email: mark@thebasilelawfirm.com
         waleed@thebasilelawfirm.com
         joe@thebasilelawfirm.com
         alyssa@thebasilelawfirm.com

*Attorneys for Plaintiffs*

2